UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
June 6, 2016

No. 15-2170

TERRENCE TUCKER
v.
SUPERINTENDENT GRATERFORD SCI,
Appellant
(E.D. Pa. No. 11-cv-00966)

Present: McKEE, Chief Judge

Motion for Authorization for Substitute Attorney Thomas Gaeta, to Present Oral Argument.

                                                      Respectfully,
                                                      Clerk/TLG

_____ORDER_____
The foregoing motion is granted.

                                                      By the Court,

                                                      s/Theodore A. McKee
                                                      Chief Judge

Dated: June 6, 2016
gpk/cc:     Arianna J. Freeman, Esq.
              Susan E. Affronti, Esq.
              Ryan Dunlavey, Esq.
              Thomas Gaeta, Esq.