9:30 A.M.
THE ALBERT BRANSON MARIS COURTROOM (19th FLOOR)

TUESDAY, JUNE 7, 2016

Coram: CHAGARES, KRAUSE and SCIRICA, Circuit Judges

No. 15-3915

AMRUTLAL MANILAL
PATEL,
　　　　Petitioner

v.

ATTORNEY GENERAL
UNITED STATES
OF AMERICA

| Counsel for Petitioner | Counsel for Respondent |
|---|---|
| ROBERT D. KOLKEN | MANUEL A. PALAU |
| (15 minutes per Court) | (15 minutes per Court) |

_____

No. 15-3320

MARK S. WALLACH, as
Chapter 7 Trustee for
the Bankruptcy
Estate of Performance
Transportation
Services Inc., on
behalf of the estate
and all others
similarly situated, et al.
　　　　Appellants

v.

EATON CORPORATION;
DAIMLER TRUCKS
NORTH AMERICA LLC;
FREIGHTLINER LLC;
NAVISTAR INTERNATIONAL

continued…

PAGE TWO – CONTINUED                                TUESDAY, JUNE 7, 2016

<u>Coram</u>: CHAGARES, KRAUSE and SCIRICA, Circuit Judges

<u>No. 15-3320 - (Continued)</u>

CORPORATION;
INTERNATIONAL
TRUCK AND ENGINE
CORPORATION, et al.

<u>Counsel for Appellants</u>                     <u>Counsel for Appellee</u>

EMMY L. LEVENS                              PRATIK A. SHAH

(15 minutes per Court)                       (15 minutes per Court)

_____

<u>No. 15-2170</u>

TERRENCE TUCKER
v.
SUPERINTENDENT
GRATERFORD SCI,
            Appellant

<u>Counsel for Appellant</u>                      <u>Counsel for Appellee</u>

RYAN DUNLAVEY                               THOMAS C. GAETA

(15 minutes per Court)                       (15 minutes per Court)

PAGE THREE – CONTINUED                          TUESDAY, JUNE 7, 2016

Coram: CHAGARES, KRAUSE and SCIRICA, Circuit Judges

S U B M I T T E D

No. 15-2219
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
MICHAEL EUGENE GORNY,
    Appellant
_____

No. 15-2813
Pursuant to 3rd Cir. LAR 34.1(a)

LOU ANN WOERNER,
as the beneficiary
of Michael J. Woerner,
    Appellant
v.
FRAM GROUP
OPERATIONS, LLC;
THAT CERTAIN
EMPLOYEE WELFARE
BENEFIT PLAN
SPONSORED
BY FRAM
OPERATIONS
GROUP LLC
c/o FRAM
OPERATIONS
GROUP LLC

PAGE FOUR – CONTINUED                          TUESDAY, JUNE 7, 2016

Coram: CHAGARES, KRAUSE and SCIRICA, Circuit Judges

S U B M I T T E D

No. 15-3264
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
HO-MAN LEE,
                Appellant

_____

No. 15-3328
Pursuant to 3rd Cir. LAR 34.1(a)

CHRISTIAN R. HYLDAHL
                Appellant
v.
JANET DENLINGER;
ENDRE BALAZS

_____

No. 15-3336
Pursuant to 3rd Cir. LAR 34.1(a)

GREGORY K. WELSH,
                Appellant
v.
COMMISSIONER
SOCIAL SECURITY

_____

No. 15-3676
Pursuant to 3rd Cir. LAR 34.1(a)

ROSLYN ODEN,
                Appellant
v.
SEPTA; STACY
RICHARDSON